PHILLIP A. TALBERT
Acting United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL J. LONG,<br><br>Defendant. | Case No. 1:21-po-00057-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the trial date of May 14, 2021 at 9:00am.

DATED:  April 14, 2021          Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                            By:     /s/ Philip N. Tankovich
                                 PHILIP N. TANKOVICH
                                 Special Assistant U.S. Attorney

**O R D E R**

     IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the trial date of May 14, 2021 at 9:00am is vacated.

IT IS SO ORDERED.

Dated: __**April 14, 2021**__

UNITED STATES MAGISTRATE JUDGE